1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:    (619) 234-8467
4  Facsimile:    (619) 687-2666
   Email:        David_Peterson@fd.org
5

6  Attorneys for Defendant

7

8                 UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10                (HONORABLE PETER C. LEWIS)

11  UNITED STATES OF AMERICA,           )  CASE NO. 08MJ8580
                                        )
12              Plaintiff,              )
                                        )
13  v.                                  )
                                        )  **NOTICE OF APPEARANCE**
14  DANIEL CEBREROS-VILLANUEVA,         )
                                        )
15              Defendant.              )
                                        )
16  _____ )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of

18  California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

19  lead attorney in the above-captioned case.

20                                      Respectfully submitted,

21

22  Dated:  June 27, 2008               */s/ DAVID M. C. PETERSON*
                                        DAVID M.C. PETERSON
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
24                                      David_Peterson@fd.org

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: June 27, 2008                              /s/ DAVID M. C. PETERSON
                                                  DAVID M.C. PETERSON
                                                  Federal Defenders of San Diego, Inc.
                                                  225 Broadway, Suite 900
                                                  San Diego, CA 92101-5030
                                                  (619) 234-8467 (tel)
                                                  (619) 687-2666 (fax)
                                                  David_Peterson@fd.org (email)