```
                                           FILED
                                        08 JUL 22 AM 11:15
                                     CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

                                              BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury     '08 CR 2405  DMS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| DANIEL CEBREROS-VILLANUEVA, ) | |
| Defendant. ) | |

The grand jury charges:

On or about June 19, 2008, within the Southern District of California, defendant DANIEL CEBREROS-VILLANUEVA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United

//

CEM:em:Imperial
7/21/08

States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant DANIEL CEBREROS-VILLANUEVA was removed from the United States subsequent to December 6, 2001.

DATED: July 22, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
/s/ CALEB E. MASON
   Assistant U.S. Attorney